157 A.3d 833

NICOLE PRAGER, PLAINTIFF–PETITIONER, v. JOYCE
HONDA, INC., DEFENDANT–RESPONDENT.

December 2, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003691–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

157 A.3d 834

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. KASON
D. HOCKETT, DEFENDANT–RESPONDENT.

December 2, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002820–13 having been submitted to this Court, and the. Court having considered the same;

It is ORDERED that the petition for certification is denied.